IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID FOCHT and NICOLE FOCHT, | : |
| Plaintiffs, | : |
| v. | : 3:12-CV-01199 |
| | : (JUDGE MARIANI) |
| STATE FARM FIRE & CASUALTY CO., | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 5TH DAY OF SEPTEMBER, 2014**, upon consideration of Defendant's Motion for Partial Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. Such Motion (Doc. 30) is **GRANTED**.

2. Judgment is **HEREBY ENTERED** in favor of the Defendant and against the Plaintiffs on Count II of Plaintiffs' Complaint.

Robert D. Mariani
United States District Judge